

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
EVAN J. WALLACH
JUDGE

April 6, 2010

Michael R. Doram
Law Offices of Michael R. Doram
1028 N. Lake Avenue
Suite 202
Pasadena, CA 91104

Alexander J. Vanderweide
U.S. Department of Justice
Commercial Litigation Branch, Civil Division
26 Federal Plaza
Suite 346
New York, NY 10278

Re:   <u>Country Flavor Corporation v. United States</u>, Consol. Court No. 07-00137

Dear Counsel:

The filings in connection with Defendant's Motion to Dismiss Certain Entries and For Summary Judgment ("Defendant's Motion") contain testimony of Plaintiff's witness Dr. George Amato and Defendant's witnesses Dr. Charles Huang and Dr. Matthew Birck. It appears to the court that statements by these witnesses as to the reliability and/or efficacy of various means of testing are inherently opinion testimony that must be provided through expert witnesses. It further appears to the court that neither side has designated expert witnesses in compliance with USCIT Rule 26(a)(2).

The court is inclined to re-open discovery for the limited purpose of enabling these witnesses to be designated as experts. The parties are directed to confirm whether the court is correct about the current status of these witnesses, to confer with each other, and to inform the court by 5:00 p.m. on Thursday, April 8, 2010, of the amount of time they would need to conduct necessary limited discovery. If the court is correct, and Defendant's Motion is not withdrawn and resubmitted with appropriate USCIT Rule 26(a)(2) support, it will be denied without oral argument.

Sincerely,

/S/      Evan J. Wallach
Judge